## PEOPLE v. LOVE

Appeal from Recorder's Court of Detroit, Joseph A. Gillis, J. Submitted Division 1 April 22, 1969, at Detroit. (Docket No. 6,030.) Decided June 24, 1969. Leave to appeal denied March 17, 1970. See 383 Mich 770.

Willie Love was convicted of armed robbery. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Luvenia D. Dockett,* Assistant Prosecuting Attorney, for the people.

*John L. Belanger,* for defendant on appeal.

BEFORE: Lesinski, C. J., and Levin and V. J. Brennan, JJ.

Per Curiam. Defendant and one Terry Williams were convicted by a recorder's court jury of armed robbery. CLS 1961, § 750.529 (Stat Ann 1969 Cum Supp § 28.797). They were sentenced May 17, 1968. This appeal is by defendant Love only.

Defendant's court-appointed counsel has filed a brief in support of his appeal. The people have filed a motion to affirm pursuant to GCR 1963, 817.5 (3).

A review of the record shows ample evidence from which the jury could find beyond a reasonable doubt that defendant was guilty of armed robbery. Defendant was not entitled to a showup in the circumstances of this case.

Motion to affirm is granted.